# Order

Michigan Supreme Court
Lansing, Michigan

June 25, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136496 (18)

DONALD TAYLOR,

     Plaintiff-Appellant,

v

                                  SC: 136496
                                  COA: 283736

DEPARTMENT OF CORRECTIONS,

     Defendant-Appellee.

_____

     On order of the Chief Justice, the motion for reconsideration of the order of May 23, 2008 is considered and it is DENIED because it does not appear the order was entered erroneously. Plaintiff-appellant may pay the partial entry fee not later than July 16, 2008.

     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2008

Clerk